IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES CHARLES                                                              PLAINTIFF

v.                              Case No. 08-6095

LT. FREDDIE OTTS, Ouachita River
Correctional Unit; JUSTINE MINOR,
Disciplinary Hearing Officer, Arkansas
Department of Correction; JAMES GIBSON,
Disciplinary Hearing Officer, Arkansas
Department of Correction; RUTH CLARK,
Internal Affairs Investigator, Arkansas
Department of Correction; M.D. REED,
Warden, Ouachita River Correctional Unit;
MARK WARNER, Chief Security Officer,
Ouachita River Correctional Unit; and
LARRY NORRIS, Director, Arkansas Department
of Correction                                                              DEFENDANTS

**ORDER**

Now on this 28th day of April 2009, there comes on for consideration the report and recommendation filed herein on March 19, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10). No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED on the grounds that the claims are frivolous and/or fail to state claims on which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-

```
     (iii)(IFP action may be dismissed on such grounds at any time).

          IT IS SO ORDERED.


                                        /s/  Robert  T.  Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge
```